**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 10-cv-02684-WJM-BNB

CHRIS CHRISTOPHER,

    Plaintiff,

v.

FIDELITY BROKERAGE SERVICES, LLC,
HEWLETT-PACKARD COMPANY EXCESS BENEFIT RETIREMENT PLAN, and
HEWLETT-PACKARD COMPANY EXECUTIVE DEFERRED COMPENSATION PROGRAM,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

This matter is before the Court on the February 9, 2011 Recommendation by Magistrate Judge Boyd N. Boland that (1) Plaintiff's Motion for Stay (ECF No. 7) be construed as seeking administrative closure of the case, that (2) the administrative closure of the case be GRANTED, and that (3) this action be administratively closed pursuant to D.C.COLO.LCivR 41.2.  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R.Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (ECF No. 10.)  Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.  "In the absence of timely objection, the

1

district court may review a magistrate . . . [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings")).

The Court concludes the Magistrate Judge's analyses and recommendations are correct and "there is no clear error on the face of the record." Fed. R. Civ. P. 72 Advisory Committee's note. Therefore, the Court ADOPTS the Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, it is:

ORDERED that the Recommendation of the United States Magistrate Judge (ECF No. 10), filed February 9, 2011, is ACCEPTED, and for the reasons cited therein,

(1) Plaintiff's motion, which has been construed as a motion for administrative closure, is GRANTED; and

(2) this action is administratively CLOSED pursuant to D.C.COLO.LCivR 41.2.

Dated this 15th day of March, 2011.

BY THE COURT:

s/ *William J. Martínez*
United States District Judge

2